Maura Walsh Ochoa (SBN 193799)
mochoa@ghlaw-llp.com
Todd Harshman (SBN 240942)
tharshman@ghlaw-llp.com
GROTEFELD HOFFMANN
700 Larkspur Landing Circle, Suite 280
Larkspur, CA 94939
Telephone: 415.344.9670
Facsimile: 415.989.2802

Attorneys for Plaintiff
LEXINGTON INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY<br><br>Plaintiff,<br><br>vs.<br><br>JOHNSON CONTROLS, INC., and DOES 1 through 25, Inclusive,<br><br>Defendants. | Case No.: 2:17-cv-00870-WBS-CKD<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>Honorable William B. Shubb |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and between the parties, through their respective counsel, that all claims in this matter between Plaintiff Lexington Insurance Company and Defendant Johnson Controls, Inc. be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own attorney's fees, expenses, and costs.

///

///

///

///

**1**

Respectfully submitted,

Dated this 9th day of August, 2017  **GROTEFELD HOFFMANN**

/s/Maura Walsh Ochoa
Maura Walsh Ochoa
Attorneys for Plaintiff

Respectfully submitted,

Dated this 9th day of August, 2017  **REED SMITH LLP**

/s/ May-tak Chin
May-tak Chin
Attorneys for Defendant

## ORDER

**IT IS SO ORDERED.**

Dated: August 14, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**